1  Lawrence H. Meuers, Esq.
   (SBN: 197663)
2  MEUERS LAW FIRM, P.L.
   5395 Park Central Court
3  Naples, Florida 34109
   Tel: (239) 513-9191
4  *Attorneys for Plaintiffs*

5  John M. Gallagher, Esq.
   California Bar No.: 95149
6  P.O. Box 1822
   Santa Cruz, CA  95061-1822
7  Tel: (831) 426-8484
   *Attorneys for Defendants*
8

9

10                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE DIVISION    *E-FILED - 8/4/05*

12 | **C&R FRESH LLC.; HENRY AVOCADO CORPORATION d/b/a CUSTOM RIPE AVOCADO COMPANY ; and ONEONTA TRADING CORP.,** | Case No.: **5:05-cv-01458-RMW** |

15 Plaintiffs,

16 vs.                                **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

17 **JAVIER VAZQUEZ d/b/a LA ESPERANZA PRODUCE; and DAVID B. VAZQUEZ;**

19 Defendants.

21    **PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(ii) of the Federal

22 Rules of Civil Procedure, Plaintiffs, C&R Fresh LLC.; Henry Avocado

23 Corporation d/b/a Custom Ripe Avocado Company; and Oneonta Trading

24 Corp., (collectively "Plaintiffs"), by and through their undersigned counsel,

25 hereby stipulate to the voluntary dismissal with prejudice of the above-entitled

26

action against and Defendants Javier Vazquez d/b/a La Esperanza Produce and David B. Vazquez (collectively "Defendants). Each party is to bear its own attorneys' fees and costs.

**ORDER:**

Upon execution of this Stipulation by the parties hereto, the above-entitled lawsuit against Defendants, is dismissed with prejudice. Each party is to bear its own attorneys' fees and costs. This case is not closed.

**DONE AND ORDERED** in Chambers at San Jose, California this 4 day of August, 2005.

/s/ Ronald M. Whyte
Ronald M. Whyte
United States District Court Judge

**STIPULATED BY THE PARTIES:**

| MEUERS LAW FIRM, P.L. | BOSSO, WILLIAMS, SACH, ATACK, GALLAGHER & SANFORD |
|---|---|
| By: *[signature]*<br>Lawrence H. Meuers, Esq.<br>California Bar No.: 197663<br>Katy L. Koestner, Esq.<br>Florida Bar No. 0159484<br>5395 Park Central Court<br>Naples, Florida 34109<br>Telephone: (239)513-9191<br>Facsimile: (239)513-9677<br>lmeuers@meuerslawfirm.com<br>kkoestner@meuerslawfirm.com<br><br>Attorneys for Plaintiffs | By: _____<br>John M. Gallagher, Esq.<br>California Bar No.: 95149<br>P.O. Box 1822<br>Santa Cruz, CA  95061-1822<br>Telephone: (831) 426-8484<br>Facsimile: (831) 423-2839<br>jgallagher@sclawfirm.com<br><br>Attorneys for Defendants |